# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 4, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

**RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk**

    Re: Timothy Earl Simmons
        v. Texas
        No. 14-8732
        (Your No. WR-82,149-01)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk